JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILYN J. LITT, | ) Case No. EDCV 14-00587-DTB |
| Plaintiff, | ) |
| vs. | ) **JUDGMENT** |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

In accordance with the Order Reversing Decision of Commissioner and Remanding for Further Administrative Proceedings, filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed and this matter is remanded for further administrative proceedings.

DATED: May 8, 2015

_____
DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE

1