1  Young Cho
   Attorney at Law: 189870
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Marilyn J. Litt

7

8

9
                    UNITED STATES DISTRICT COURT
10
                   CENTRAL DISTRICT OF CALIFORNIA
11

12  MARILYN J. LITT,                  )  Case No.: 5:14-cv-00587-DTB
                                      )
13           Plaintiff,               )  {PROPOSED} ORDER AWARDING
                                      )  EQUAL ACCESS TO JUSTICE ACT
14       vs.                          )  ATTORNEY FEES AND EXPENSES
                                      )  PURSUANT TO 28 U.S.C. § 2412(d)
15  CAROLYN W. COLVIN, Acting         )  AND COSTS PURSUANT TO 28
    Commissioner of Social Security,  )  U.S.C. § 1920
16                                    )
            Defendant                 )
17                                    )
                                      )
18

19       Based upon the parties' Stipulation for the Award and Payment of Equal

20  Access to Justice Act Fees, Costs, and Expenses:

21       IT IS ORDERED that fees and expenses in the amount of $3,700.00 as

22  authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the Stipulation.

23  DATE:  June 11, 2015

24

25       _____
                                      THE HONORABLE DAVID T. BRISTOW
26                                    UNITED STATES MAGISTRATE JUDGE

                                      -1-